UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------X
DENNIS GAMBINO,

                Plaintiff,                 **COMPLAINT**    9:26-CV-102 MAD/DJS

   -against-

                                       Plaintiff Demands a Trial by Jury

C.O. JAMES SOLOMONIDIS,

                Defendant.
----------------------------------X

        Plaintiff, by his attorneys Sivin, Miller & Roche LLP, complaining of defendants, alleges as follows, upon information and belief:

## THE PARTIES AND JURISDICTION

    1. That at all times herein mentioned, plaintiff was and is a citizen of the State of New York.

    2. That at all times herein mentioned, plaintiff was incarcerated at Midstate Correctional Facility (Midstate), in Marcy, NY, and was under the care, custody, and control of the New York Department of Corrections and Community Supervision (DOCCS).

    3. That at all times herein mentioned, defendant C.O. James Solomonidis (Hereinafter: Solomonidis) was and is a citizen of the State of New York.

    4. That at all times herein mentioned, Solomonidis was a correction officer employed at Midstate by DOCCS.

    5. That at all times herein mentioned, Solomonidis was acting within the course and scope of his employment as a DOCCS correction officer.

    6. That at all times herein mentioned, Solomonidis was acting under color of state law.

7. That this Court has jurisdiction over this action in that the action arises under 42 USC § 1983 and alleges violations of plaintiff's civil rights, including rights guaranteed under the Eighth Amendment and First Amendment to the United States Constitution.

8. That venue is proper in the Northern District of New York, which is where the events underlying this lawsuit occurred.

## THE FACTS

9. Plaintiff repeats and realleges each and every allegation set forth above as though fully set forth at length herein.

10. Plaintiff seeks redress for violation of his civil rights in connection with an incident that occurred on May 2, 2023 at Midstate.

11. On May 2, 2023, while working as a corrections officer at Midstate, Solomonidis became upset at Plaintiff, claiming Plaintiff was not moving quickly enough after Solomonidis had ordered him to go to his program.

12. In response to what Solomonidis perceived as plaintiff's insolence and/or disobedience of an order, Solomonidis punched Plaintiff in the face causing Plaintiff to fall to the floor unconscious.

13. Solomonidis then activated a pin and falsely claimed to responding officers that plaintiff had attacked Solomonidis thereby prompting the responding officers to use additional force against plaintiff.

13. The aforementioned attack on plaintiff was sadistic and malicious, and was undertaken without any legitimate penological purpose.

14. As a result of the May 2, 2023 attack by Solomonidis, plaintiff suffered physical injuries, including but not limited to a fractured jaw requiring surgery and broken and cracked teeth.

### FIRST CAUSE OF ACTION AGAINST SOLOMONIDIS
**(42 USC § 1983: Eighth Amendment)**

15. Plaintiff repeats and realleges each and every allegation set forth above as though fully set forth at length herein.

16. The aforementioned acts by defendant were in violation of the rights guaranteed to plaintiff under the Eighth Amendment to the US Constitution to be free from cruel and unusual punishment.

17. As a result thereof, plaintiff is entitled to recover damages from defendants pursuant to 42 USC § 1983.

WHEREFORE, plaintiff seeks judgment against defendant Solomonidis for compensatory damages in the amount of Two Million ($2,000,000.00) Dollars. Plaintiff also seeks punitive damages against Solomonidis in an amount to be determined by the trier of fact, and plaintiff also seeks attorney's fees pursuant to 42 USC § 1988, together with interest, costs, and disbursements of this action.

Dated: New York, New York
         January 21, 2026

                                                           Yours, etc.
                                                           Sivin, Miller & Roche, LLP

                                                           s/ *David Roche*
                                                           David Roche
                                                           Bar Roll No. 702058
                                                           Attorneys for Plaintiff
                                                           20 Vesey Street, Suite 1400
                                                           New York, NY 10007
                                                           Telephone: (212) 349-0300